# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The Bluffs of Williston, LLC, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1:24-cv-00128 |
| Auto-Owners Insurance Company, ) | |
| ) | |
| Defendant. ) | |

The Court has been advised that the parties have reached a settlement. Pursuant to Local Civil Rule 41.1, the parties are directed to file their closing documents within thirty (30) days from the date of this order. See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED**.

Dated this 20th day of November, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court