IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| The Bluffs of Williston, LLC,<br><br>Plaintiff(s),<br><br>vs.<br><br>Auto-Owners Insurance Company,<br><br>Defendant(s). | Case No. 1:24-cv-00128-CRH |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE UNDER FEDERAL RULE OF PROCEDURE 41(A)(1)(ii)**

The Parties having settled this dispute, it is hereby stipulated and agreed that the above-captioned case, including all remaining claims and counterclaims, is voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41(A)(1)(ii).

| | |
|---|---|
| Dated: December 23, 2024 | Dated: December 23, 2024 |
| **FREDRIKSON & BYRON, P.A.** | **ARTHUR, CHAPMAN, KETTERING, SMETAK & PIKALA, P.A.** |
| /s/ Brandon R. Underwood<br>Brandon R. Underwood<br>**FREDRIKSON & BYRON, P.A.**<br>111 E. Grand Avenue, Suite 301<br>Des Moines, IA  50309<br>Telephone: (515) 242-8900<br>Facsimile: (515) 242-8950<br>Email: bunderwood@fredlaw.com | /s/ Stephen M. Warner<br>Stephen M. Warner (ND ID #08319)<br>500 Young Quinlan Building<br>81 South Ninth Street<br>Minneapolis, MN 55402-3214<br>(612) 339-3500<br>smwarner@arthurchapman.com |
| *Attorneys for Plaintiff* | *Attorney for Defendant(s)* |

### Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing document was served upon counsel through the Court's CM/ECF electronic filing system on December 23, 2024.

/s/ Christina Laage