## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| The Bluffs of Williston, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Auto-Owners Insurance Company, | ) | Case No. 1:24-cv-128 |
| | ) | |
| Defendant. | ) | |

On December 23, 2024, the Parties filed a "Joint Stipulation for Dismissal with Prejudice Under Federal Rule of Procedure 41(A)(1)(ii)." (Doc. No. 18). The court **ADOPTS** the Parties' stipulation (Doc. No. 18) and **DISMISSES** the above-captioned action in its entirety with prejudice.

**IT IS SO ORDERED.**

Dated this 26th day of December, 2024.

> */s/ Clare R. Hochhalter*
> Clare R. Hochhalter, Magistrate Judge
> United States District Court